# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSIE KURKOWSKI, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>INTERSTATE RECOVERY SERVICE, INC., et al.,<br><br>      Defendants. | Case Number:  3:18-cv-00074-slc<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT INTERSTATE RECOVERY SERVICE, INC.** |

The undersigned counsel moves to withdraw as counsel for Defendant Interstate Recovery Service, Inc. ("IRSI") and in support states as follows:

1. On February 6, 2018, Plaintiff Josie Kurkowski ("Plaintiff") filed a putative Class Action Complaint under the Fair Debt Collection Practices Act arising from language in a letter from Defendant to Plaintiff.  ECF No. 1.

2. The Complaint was served on Defendant on February 13, 2018.

3. On March 6, 2018, Defendant filed a Consent Motion to Extend the responsive pleading deadline which the Court granted on March 7, 2018.  ECF No. 5, 7.

4. On March 20, 2018, Defendant filed its Answer.  ECF No. 8.

5. On April 16, 2018, Defendant notified the undersigned counsel that Defendant closed its business and does not wish the undersigned counsel to represent Defendant going forward.

34878474v2

6.      On April 16, 2018, the undersigned counsel notified Plaintiff's counsel of the same in writing and Plaintiff's counsel does not oppose withdrawal of the undersigned as counsel for Defendant.

7.      Defendant requests that all further pleadings, orders, notices, and other documents be directed to:

>     Seymour M. Teach, PC
>     1216 Granby St # 19
>     Norfolk, VA 23510
>     Tel.: 757-626-0747

A proposed Order granting leave to withdraw is submitted herewith for the convenience of the Court.

This 18th day of April, 2018.                          Respectfully submitted,

                                                       TROUTMAN SANDERS LLP


                                                       By:      /s/ Ethan G. Ostroff
                                                       Ethan G. Ostroff (VSB No. 71610)
                                                       TROUTMAN SANDERS LLP
                                                       222 Central Park Avenue, Suite 2000
                                                       Virginia Beach, Virginia 23462
                                                       Telephone: (757) 687-7541
                                                       Facsimile: (757) 687-1541
                                                       E-mail: ethan.ostroff@troutman.com
                                                       *Attorney for Interstate Recovery Service, Inc.*

34878474v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Yaakov Saks, Esq.
RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ  07601

This 18th day of April, 2018.

By: ____/s/ Ethan G. Ostroff_____
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutman.com
*Attorney for Interstate Recovery Service, Inc.*

34878474v2